IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WESLEY T. PURCHASE,

Plaintiff,

v.

SCHWAN'S HOME SERVICE, INC.,

Defendant.                                          No. 10-cv-737-DRH

ORDER

HERNDON, Chief Judge:

Before the Court is a joint stipulation of the parties (Doc. 28),

dismissing the case with prejudice, each party to bear its own costs.  Pursuant to

Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court acknowledges the

dismissal and the case is dismissed with prejudice, each party to bear its costs.

The Court will close the file.

**IT IS SO ORDERED.**

Signed this 31st day of August, 2001.

David R.
Herndon
2011.08.31
15:17:45 -05'00'

**Chief Judge**
**United States District Court**

Page 1 of 1