IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WESLEY T. PURCHASE,

Plaintiff,

v.

SCHWAN'S HOME SERVICE, INC.,

Defendant.                                              No. 10-cv-737-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on August 31, 2011, this case is **DISMISSED** with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT


BY:  /s/*Sandy Pannier*
         Deputy Clerk

Dated: August 31, 2011

David R. Herndon
2011.08.31
16:01:22 -05'00'

APPROVED:
CHIEF JUDGE
U. S. DISTRICT COURT